**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jerome D. BROWN, Defendant—
Appellant.**

No. 07–6024.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 6, 2007.

Jerome D. Brown, Appellant Pro Se. John L. Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome D. Brown appeals the district court's order denying his motion for a reduction in sentence filed pursuant to 18 U.S.C. § 3742. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Brown,* No. 7:03–cr–00101 (W.D.Va. Dec. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*